1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

STEVEN WAYNE BONILLA,

Case Nos.   20-cv-02986-PJH

8

Plaintiffs,

20-cv-02987-PJH
20-cv-02993-PJH

9

v.

20-cv-02996-PJH
20-cv-03009-PJH

10

Defendants.

20-cv-03011-PJH
20-cv-03012-PJH

11

20-cv-03561-PJH
20-cv-03655-PJH

12

20-cv-03657-PJH
20-cv-03658-PJH

13
14

**ORDER DISMISSING MULTIPLE
CASES WITH PREJUDICE**

15
16
17

Plaintiff, a state prisoner, has filed multiple pro se civil rights complaints under 42

18

U.S.C. § 1983.  He also seeks to proceed *in forma pauperis* (IFP) in these cases.

19

Plaintiff is a condemned prisoner who also has a pending federal habeas petition in this

20

court with appointed counsel.  *See Bonilla v. Ayers*, Case No. 08-0471 YGR.  Plaintiff is

21

also represented by counsel in state court habeas proceedings.  *See In re Bonilla*, Case

22

No. 20-2986 PJH, Docket No. 1 at 7

23

In these civil rights cases plaintiff names as defendants' various federal judges,

24

state judges, municipalities and other state and county officials.  Plaintiff presents very

25

similar claims in all these cases.  He seeks relief regarding his underlying conviction or

26

how his various pro se habeas petitions were handled by the state and federal courts.

27

Plaintiff has been disqualified from proceeding IFP under 28 U.S.C. § 1915(g)

28

unless he is "under imminent danger of serious physical injury" at the time he filed his

United States District Court
Northern District of California

1  complaint.  28 U.S.C. 1915(g); *In re Steven Bonilla*, Case No. 11-3180 CW; *Bonilla v.*

2  *Dawson*, Case No. 13-0951 CW.

3      The allegations in these complaints do not show that plaintiff was in imminent

4  danger at the time of filing.  Therefore, he may not proceed IFP.  Moreover, even if an

5  IFP application were granted, his lawsuits would be barred under *Heck v. Humphrey*, 512

6  U.S. 477, 486-87 (1994), *Younger v. Harris*, 401 U.S. 37, 43-54 (1971), *Demos v. U.S.*

7  *District Court*, 925 F.2d 1160, 1161-62 (9th Cir. 1991) or *Mullis v. U.S. Bankruptcy Court*,

8  828 F.2d 1385, 1393 (9th Cir. 1987).  Accordingly, the cases are dismissed with

9  prejudice.

10      The clerk shall terminate all pending motions and close these cases.  The clerk

11  shall return, without filing, any further documents plaintiff submits after these cases are

12  closed.

13      **IT IS SO ORDERED.**

14  Dated: June 11, 2020

15

16                          /s/ Phyllis J. Hamilton

17                          PHYLLIS J. HAMILTON
                           United States District Judge

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California